OPINION — AG — ** REFUNDS — CONTRIBUTIONS — PENSIONS ** (1) REFUND TO FIREFIGHTERS OF PAYROLL CONTRIBUTIONS WHICH WERE MADE TO THE PENSION FUND IN EXCESS OF THAT AMOUNT REQUIRED OR AUTHORIZED BY LAW IS PROHIBITED; (2) " HOLIDAY PAY " WHICH IS PAID AT SPECIFIED AND REGULAR INTERVALS REGARDLESS OF WHETHER A FIREFIGHTER EXERCISES ANY DISCRETION IN CHOOSING TO WORK TO TAKE PAY IN LIEU OF TIME OFF OF WORK IS SALARY WITHIN THE MEANING OF 11 O.S. 49-106 [11-49-106] 11 O.S. 49-107 [11-49-107] (SALARY, DISBURSEMENT, HOLIDAY PAY, RETIREMENT, COMPENSATION, OVERTIME, WORK ON HOLIDAY, MUNICIPALITY) CITE: 11 O.S. 49-100.7 [11-49-100.7] 11 O.S. 49-101 [11-49-101], 11 O.S. 49-106 [11-49-106] 11 O.S. 49-107 [11-49-107], 11 O.S. 49-109 [11-49-109] 11 O.S. 49-113 [11-49-113], 11 O.S. 49-132 [11-49-132] OPINION NO. 80-214 (JAMES B. FRANKS)